**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KHALILLA KHAMZAEVICH-KHAITMETOV, | ) | |
| Petitioner, | ) | |
| -vs- | ) | NO. CIV-26-1394-HE |
| DIAMONDBACK CORRECTIONAL FACILITY, et al., | ) | |
| Respondents. | ) | |

**ORDER**

On September 9, 2026, the court entered an order [Doc. #12] adopting the Report and Recommendation issued by United States Magistrate Judge Chris M. Stephens, granting in part the petition for a writ of habeas corpus under 28 U.S.C. § 2241, and ordering Respondents to provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days. The order reflected that petitioner had not filed any response to the federal respondents' objection to the Report and Recommendation. However, petitioner had submitted a response, but due to a clerical error, the response was not filed of record. After discovery of the error, the response was filed [Doc. #14]. The response does not change the court's ruling in any manner so the order and judgment need not be vacated. Instead, the order will be amended to reflect that petitioner filed a response to the federal respondents' objection to the Report and Recommendation.

Accordingly, the order [Doc. #12] entered on September 9, 2026 is **AMENDED** to reflect that petitioner filed a response to the federal respondents' objection to the Report and Recommendation.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE