**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KHALILLA KHAMZAEVICH-KHAITMETOV, | ) | |
| Petitioner, | ) | |
| -vs- | ) | NO. CIV-26-1394-HE |
| DIAMONDBACK CORRECTIONAL FACILITY, et al., | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Khallila Khamzaevich-Khaitmetov has filed a status report [Doc. #17] requesting, among other things, leave to file a supplemental motion challenging the adequacy of his bond hearing. To the extent leave is required, the request is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 8th day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE